UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MAGISTRATE'S COURTROOM MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | CLAIRE C. CECCHI, U.S. MAGISTRATE JUDGE |
| v. | MAGISTRATE NO.: 08-mj-4160-06 |
| ANGEL CRUZ | DATE OF PROCEEDINGS: 11/20/08 |
| PROCEEDINGS: I.A. - FELONY | DATE OF ARREST: 11/20/08 |

( ) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ___ AFPD  ✓ CJA
(✓) WAIVER OF HRG.:  ✓ PRELIM  ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  ___ GUILTY  ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

(✓) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG      DATE: _____
( ) DETENTION / BAIL HRG.                DATE: _____
( ) TRIAL:  ___ COURT  ___ JURY    DATE: _____
( ) SENTENCING                                 DATE: _____
( ) OTHER: _____                              DATE: _____

APPEARANCES:

AUSA    R. JOSPEH GRIBKO, AUSA

DEFT. COUNSEL   CATHY WALDOR. (CJA)

PROBATION _____

INTERPRETER _____
   Language: (                    )

Time Commenced: 3:00
Time Terminated: 3:10
CD No: 08-18

Nitza Creegan
DEPUTY CLERK