AO 92 (Rev. 6/83)

# COMMITMENT

## United States District Court

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
V.
ANGEL CRUZ

DOCKET NO.

MAGISTRATE CASE NO.
08-mj-4160-06

The above named defendant was arrested upon the complaint of

charging a violation of  21  U.S.C. §  846, 841(a)(1) and (b)(1)(C)

**DISTRICT OF OFFENSE**  NEW JERSEY

**DATE OF OFFENSE**
9/5/08 - 11/5/08

**DESCRIPTION OF CHARGES:**

Conspiracy to possess and possession with intent to distribute heroin

**BOND IS FIXED AT**
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

11/20/08
Date

*[Signed]* Claire C. Cecchi
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |